1
2
3
4
5
6
7                           **UNITED STATES DISTRICT COURT**
8                                **DISTRICT OF NEVADA**
9
10   ERIC LOUIS HART,                              Case No. 2:19-cv-00393-JAD-NJK
11          Plaintiff,                                          **ORDER**
12   v.
13   NANCY A. BERRYHILL,
     Acting Commissioner of Social Security,
14
            Defendant.
15
16        Plaintiff resides in Pershing County.  *See* Docket No. 1-1 at 1 (identifying residence as
17   Imlay, NV).  Therefore, his case was improperly initiated in the unofficial southern division of the
18   Court, and should be transferred to the unofficial northern division.  Accordingly, the Court hereby
19   **ORDERS** that this action is transferred to the unofficial northern division of this District for all
20   further proceedings.  The Clerk of Court is instructed to transfer and reopen this matter as a new
21   action under a new docket number in the northern division and to close this case without prejudice.
22        IT IS SO ORDERED.
23        Dated: March 8, 2019
24                                                    _____
25                                                    NANCY J. KOPPE
                                                      United States Magistrate Judge
26
27
28

                                                    1