Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E Bonneville Ave Suite #505
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
ERIC LOUIS HART

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC LOUIS HART<br><br>　　　　Plaintiff,<br>v.<br><br>Andrew Saul,<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 3:19-cv-00138-LRH-WGC<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

　　Based upon the stipulation of the parties, and for cause shown,

　　IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 10, 2019, in which to file Plaintiff's motion for reversal

and/or remand; and that all other deadlines set forth in the April 9, 2019 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE : October 7, 2019.

_____
THE HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

*/s/ Cyrus Safa*

BY: _____
    Cyrus Safa
    Attorney for plaintiff